# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SOLANO,<br><br>            Petitioner,<br><br>      v.<br><br>L. LUNDY,<br><br>            Respondent. | Case No. 2:23-cv-05216-MCS-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered DENYING the Petition on the merits and dismissing this action WITH PREJUDICE.

DATED:  April 9, 2024

_____
        HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE