JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SOLANO, | Case No. 2:22-cv-05216-MCS-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| L. LUNDY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 9, 2024

*[signature: Mark C. Scarsi]*

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE